UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABDULLAH A MAHAMED, et al.,

                         Plaintiffs,          23 Civ. 2868 (LGS)

            -against-                      ORDER

UNITED STATES OF AMERICA, et al.,
                         Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Complaint was filed on April 6, 2023;

    WHEREAS, the Order dated April 7, 2023, scheduled an initial pretrial conference for May 24, 2023;

    WHEREAS, Defendants appeared on May 5, 2023.  It is hereby

    **ORDERED** that the initial pretrial conference scheduled for May 24, 2023, at 4:00 P.M. is CANCELLED.  Defendants shall timely answer the Complaint.  A briefing schedule for a motion for summary judgment will issue thereafter.

Dated: May 19, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE